5/17/2014

BM

Dear Mr. Thomas G. Bruton:

I have enclosed a civil cover sheet and a 35-page complaint to commence a lawsuit against Guggenheim Partners, Pluribus Capital Management, Nielsen Corporation, Billboard Magazine, and The Hollywood Reporter. Please mail me blank summons forms, a motion/affidavit to proceed "in forma pauperis" (IFP), and forms associated with USM-285 to me at the following address:

Alex Garcia Enterprises, Inc.
Attn: Ronald Satish Emrit
President and CEO
976 Douglas Ave., 2nd Floor
Providence, RI 02908

14cv3814
JUDGE LEINENWEBER
MAG. JUDGE BROWN

If you have any questions, comments, or concerns, then please do not hesitate to contact me at (401) 272-0547. You can also email me at einsteinrockstar@hotmail.com.

Cordially Yours,

Ronald Satish Emrit
(President/CEO of Alex
Garcia Enterprises, Inc.)

FILED

MAY 2 2 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT